IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEVA RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 09-0564-CV-W-SOW |
| | ) | |
| QUEST DIAGNOSTICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is plaintiff's Motion to Reconsider Order of July 13, 2011 Granting in Part and Denying in Part, Plaintiff's Motion to Reconsider Motion for Extension of Time to File Suggestions in Opposition to Defendant's Motion for Summary Judgment (Doc. #47). Plaintiff again moves the Court to reconsider its Order of July 13, 2011 giving plaintiff an extension of time until 12:00 p.m. on July 15, 2011 to file her suggestions in opposition to defendant's motion for summary judgment. Plaintiff's counsel informs the Court that she has suffered another asthma attack on July 12, 2011, and further, that on July 13, 2011, she discovered mold in her office building. Even though plaintiff's counsel contends it was impossible to complete and submit plaintiff's brief, plaintiff's counsel was able to attend court hearings and file motions for continuances in other cases, as well as repeated motions for extensions of time in this case. The Court will give plaintiff until 5:00 p.m today, July 18, 2011, to file her suggestions in opposition. Should plaintiff fail to file her suggestions in opposition, the Court will rule on defendant's motion for summary judgment on its own. Should plaintiff's counsel file another motion for extension of time, it will be summarily denied.

Accordingly, it is hereby

ORDERED that plaintiff's Motion to Reconsider Order of July 13, 2011 Granting in Part and Denying in Part, Plaintiff's Motion to Reconsider Motion for Extension of Time to File Suggestions in Opposition to Defendant's Motion for Summary Judgment (Doc. #47) is granted in part and denied in part. Plaintiff shall file her suggestions in opposition no later than 5:00 p.m. today, July 18, 2011.

/s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

DATED: July 18, 2011